# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00134-CV

### Andrew A. Rodriguez, P.E., Appellant

### v.

### Barbara Jean Foreman and Steven Carl Foreman, Individually and as Representatives of the Estate of Courtney Rae Foreman, Appellees

---

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 82019-A, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Andrew A. Rodriguez has filed a motion to dismiss his appeal, noting that appellees filed a motion to dismiss asserting that he had no right to an interlocutory appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a). We dismiss appellees' motion to dismiss.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed:   May 17, 2006